UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN PULLEN,

Plaintiff,

-against-

THE CITY OF NEW YORK, NYPD OFFICER
JONATHAN BAPTISTE, SERGEANT JOSE
ROSA, OFFICER RYAN SMITH, OFFICER
SACHELY GONZALZ, SERGEANT WAIKIRIA
VELEZ, SUPERVISING POLICE OFFICER
RICHARD DOE, AND JOHN DOES,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/1/2025

25 Civ. 4428 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated May 29, 2025, the Court directed the parties to file a joint letter and proposed case management plan by November 25, 2025.  ECF No. 4.  Those submissions are now overdue.  Accordingly, by **January 2, 2026**, the parties shall file a joint letter and proposed case management plan.

SO ORDERED.

Dated: December 1, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge